AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

WASKAR Pena

APPEARANCE

CASE NUMBER: 1:05M156A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WaskAR PenA

I certify that I am admitted to practice in this court.

12/12/05
Date

[signature] for John Bevilaqua
Signature

Emili Vaziri for John Bevilaqua #0420
Print Name Bar Number

380 Broadway
Address

Prov. RI 02909
City State Zip Code

Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.