AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

Waskar Pena

APPEARANCE

CASE NUMBER: CR 05-137-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The defendant Waskar Pena

I certify that I am admitted to practice in this court.

12.16.05
*Date*

[signature]
*Signature*

John J. Bevilacqua 0420
*Print Name* *Bar Number*

380 Broadway
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

274-7444 2745564
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.