IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-137-01T |
| | ) | |
| WASKAR PENA | ) | |

INFORMATION ALLEGING PRIOR CONVICTION

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and, pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846, and 851, hereby files notice of the following felony drug offense conviction of the Defendant:

On November 14, 1994, the Defendant, WASKAR PENA, was convicted of Possession of Schedule I-V Controlled Substance (Heroin), in Providence Superior Court, Case Number P2/94-3332A, and sentenced to one year suspended sentence with two years probation.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
Acting United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2006, I caused to be sent by regular first class mail, a true copy of the within Government's Information Alleging Prior Acts to:

John Bevilacqua. Esq.
380 Broadway
Providence, RI 02909