**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs.                                                C.A. No. 05-137T

WASKAR PENA, CORNELIO OZORIO,
EDUARDO GARCIA, ALEJANDRO PUJOLS,
CHRISTOPHER J. GARCIA, DOMINGO A. GONZALEZ

## ORDER ENLARGING TIME IN WHICH TO FILE PRETRIAL MOTIONS

For reasons stated in open court on February 15, 2006, the deadline for filing pretrial motions is hereby extended to Monday, March 6, 2006. This extension applies to all defendants. The impanelment date of February 21, 2006 is hereby vacated.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date:  2/27/06