UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                      CR No.  05-137T

WASKER PENA, ALEJANDRO PUJOLS,
CHRISTOPHER J. GARCIA, DOMINGO
GONZALEZ

**ORDER**

Upon motion of the defendants to continue the trial presently scheduled for February 21st, 2006, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Wasker Pena, Alejandro Pujols, Christopher Garcia, Domingo Gonzalez,</u> CR No. 05-137T, is vacated, the case will be scheduled for empanelment on March 21st, 2006 and the time from the date of this order through March 21st, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 2/23         , 2006