**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **VS** | ) | |
| | ) | **CR NO. 05-137-01T** |
| **WASKAR PENA** | ) | |
| | ) | |

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes the Defendant, Waskar Pena, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's March 2006 trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161(h)(8). Counsel states that he has reviewed almost all of the wire intercepts in this matter and therefore needs the additional time to discuss the information with the Defendant.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the Defendant to fully research the legal issues, sentencing issues and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the

interests of justice in allowing this excludable time outweigh the interests of the public and the Defendant in a speedy trial.

The Assistant U.S. Attorney, Adi Goldstein, is not objecting to this request.

Defendant,
By his attorney,

JOHN J. BEVILACQUA, ESQ.#0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 10th day of March 2006, I hand delivered a copy of the foregoing to Adi Goldstein, U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903.

motion to continue/pena/#JJB3