UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | CR05-137-01T |
| | ) | |
| WASKAR PENA | ) | |

**MOTION TO WITHDRAW**

Now comes the Attorney for the Defendant and requests said Motion based upon the Defendant terminating his representation of the Defendant. The Defendant desires new counsel to represent him, and he has, through his family, indicated that he is actively seeking new representation. It appears that the Defendant has no confidence in me as his attorney and does not want to communicate with me.

I am filing this Motion to inform the Court of this situation and give a reasonable time to the Defendant to secure other representation. The situation as it presently stands is such that my continued representation of the Defendant is not his choice and could prejudice him in this matter due to the lack of communication that exists.

Defendant,
By his attorney,

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
(401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 22nd day of March 2006, I hand delivered a copy of the foregoing to Adi Goldstein, Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, Rhode Island 02903 by regular mail, postage prepaid.