**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

    v.                                  CA05-137T

WASKER PENA, DOMINGO
GONZALEZ,
Defendants

**ORDER**

It is hereby ordered that defendants may have up to and including March 27th, 2006 to file pretrial motions.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date:    3/27        , 2006