**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

v. CA05-137T

WASKER PENA, DOMINGO
GONZALEZ,
Defendants

**ORDER**

It is hereby ordered that defendants may have up to and including March 27th, 2006 to file pretrial motions.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 3/27 , 2006