**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **CR NO.: 05-00137-01T** |
| | ) | |
| **WASKAR PENA** | ) | |

**NOTICE OF APPEAL**

Now comes the Defendant in the above-entitled matter and hereby requests an appeal from the sentence he received on July 14, 2006 before the Honorable J. Ernest Torres.

Respectfully submitted,
Defendant, Waskar Pena,
By his attorney,

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
Telephone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 20th day of July 2006, I mailed a copy of the foregoing to Adi Goldstein, Asst. U.S. Attorney, Office of the U.S. Attorney, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903 by regular mail, postage prepaid.