EXHIBIT B

Represented by Stephen Bridge, Esq., Public Defender. On October 2, 1992, the defendant took a vehicle owner by Geraldine Thompson of 25-Toby Street, Providence, without her permission. The steering column had been tampered with and damaged causing the order of restitution in this case.

## PART C. OFFENDER CHARACTERISTICS

Personal and Family Data

39. The defendant was personally interviewed on April 13, 2006, at the Donald W. Wyatt Detention Facility, Central Falls, Rhode Island at which time the defendant provided the following verified personal history. Mr. Pena did not require the assistance of an interpreter during the interview.

40. Waskar Ludovino Pena reported that he was born on January 31, 1975, in Navarete, Dominican Republic to the union of Ludovino Antonio Pena and Ramona Altagracia Nunez. Mr. Pena shared that his father was killed in a car accident, while his mother currently resides in subsidized housing on Manton Avenue, Providence, RI., operated under the direction of the Providence Housing Authority. His mother also provides day care assistance. The defendant informed that he has three siblings. Mercy Pena, age 35, resides at an unknown location in Providence, RI. Married with three children, she is also in the daycare business. Ybelca Pena, the defendant's sister, age 34, resides at 185 Cranston Street, Providence, RI. Divorced with four children, she is employed as a school bus monitor for the Providence school system. Samuel Pena, age 30, resides in Navarrete, Dominican Republic. Single without children, he is in the construction trade.

41. Mr. Pena recalled that his parents divorced when he was one year old. Soon after, his father was instantly killed in the Dominican Republic while looking out the window of his truck another vehicle hit him in the head. As he was very close to his father at the time, his death was extremely traumatic. Mr. Pena reported that without a father, life was difficult in the Dominican Republic as the family was terribly poor, therefore, they relocated to the United States when the defendant was thirteen. His mother later remarried Luis Nunez, described by the defendant as a gentleman and a good provider. The defendant informed that life was good with Mr. Nunez, who died in April of 1994 from lung cancer. The defendant shared that he has an extremely close relationship with all of his family members who know of the arrest and remain supportive. They are all hoping for the Court's leniency at sentencing.

42. On May 23, 2006, the defendant's common law wife of fourteen years was telephonically contacted by the probation department. She informed that the defendant's mother is paying for the retained counsel in this case. The defendant was described as a good provider and excellent father. The family is hoping for a leniency at the time of sentencing.

Marital

43. Mr. Pena stated that he has never married, but offered that for the past fourteen years, he has maintained a relationship with Diane Guzman, age 30, who resides at 234 Gallatin Street, Providence, RI. The couple has five children: Shanelys Guzman, age 11; Shaylene Pena, age 5; Shalea Pena, age 4; Waskar Pena, Jr., age 3; and Shawn Anthony Pena, age 1. Ms. Guzman is not employed. Further, Mr. Pena advised that he has three additional children and three different women. His daughter, Alexis (Last Name Unknown), is reportedly age 12 and lives with her mother, who Mr. Pena could not readily identify, in Providence, Rhode Island. According to the defendant, he voluntarily contributes $100 per week towards Alexis' expenses. Additionally, Waskar Antonio Pena, age 4, lives with his mother, Wendy Manon, age 25, in Providence, Rhode Island. Ms. Manon is employed as a customer service representative for a bank in Providence, RI. Mr. Pena disclosed that he voluntarily provides $200 per week in support of Waskar. Lastly, Mr. Pena's son, Christopher Pena, age 1, lives with his mother Ingrid Guzman, age 27, in Providence, Rhode Island. Ms. Guzman is employed with Victoria Secrets, Providence, RI. Reportedly, Mr. Pena voluntarily gives Ms. Guzman $200 per week for child support.

Residential History

44. During October of 2005, Mr. Pena advised that he purchased a single-family home located at 234 Gallatin Street, Providence, Rhode Island. The defendant, his girlfriend, and five children were living in the home prior to his arrest. The purchase price was $254,000 and his current monthly mortgage payment is $2,171. The $254,532 mortgage is held by Equity One. This is a $1,966 square foot, 8 room home built in 1925. It is noted that this is the location searched by federal agents incident to the defendant's arrest. For approximately one and one-half years beforehand, the defendant advised that he and his family lived at 41 Gallatin Street, Providence, Rhode Island. For seven months prior to this, the defendant advised that he lived in the Dominican Republic. Prior to this, he again reported living in Providence, Rhode Island at various rental locations since about age 12, when he first immigrated to the United States. From birth until age 12, he remained in his native country.

Physical Condition

45. The defendant is 5'6" tall and weighs 160 pounds. He has brown eyes, black hair and a scar on his head and left leg from a car accident on Elmwood Ave, Providence, RI, in May of 1991. He stated that a metal rod was inserted into his leg and after one month at the Rhode Island Hospital, Providence, RI, he was released. Transcripts were requested, however, not received as yet. Medical records for the Donald W. Wyatt Detention Facility, Central Falls, RI, was requested and informed that the defendant is in excellent health and not taking any medication at the present time.