UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WASKAR PENA

v.                                    CR No. 05-137-T

UNITED STATES OF AMERICA

ORDER

In the above-captioned case, Movant Wasker Pena has submitted a letter requesting leave to respond to the Government's Objection to Pena's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. This Court treats that letter as a motion for leave to reply to the Government's objection pursuant to Rule 4 of the Rules Governing § 2255 Proceedings and hereby GRANTS that motion. Such reply shall address the timeliness of Pena's motion to vacate and shall be filed on or before Friday, November 14, 2008.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior United States District Judge
Date: 10/15/08