UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-137T

WASKAR PENA

**ORDER EXTENDING PETITIONER'S TIME TO RESPOND**

Pursuant to the request contained in petitioner's letter of November 18, 2008, the petitioner's time to respond to the government's motion to dismiss is hereby extended until January 18, 2009. No further extensions will be granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: December 3, 2008