UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>WASKAR PENA.              )<br>) | Cr. No. 05-137S |

**ORDER**

The Order of United States Magistrate Judge Lincoln D. Almond filed on November 4, 2009, in the above-captioned matter is affirmed pursuant to Title 28 United States Code § 636(b)(1). The Defendant has failed to show that the Order is clearly erroneous or that there are any other bases for the appeal. The Order is affirmed and Defendant's Motion for Return of Property is DENIED.

By Order,

/s/ Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 1/14/10